[No. 22461-1-I. Division One. April 10, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY DERRICK HEATH, *Appellant.*

The opinion in the above captioned case which appeared in the advance sheets at 58 Wn. App. 320-33 has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated April 10, 1991, directing that the opinion be withdrawn and the appeal dismissed.